```
McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2732

Attorney for Plaintiff
```



FILED

OCT 1 3 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IN RE MATTER OF SEIZURE WARRANTS FOR CERTAIN FUNDS AND VEHICLES | 2:06-SW--291 KJM<br><br>[PROPOSED] SEALING ORDER |

For good cause shown in ¶ 171 of the affidavit of Gregory L. Barnett, Special Agent, United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives in support of the seizure warrant issued in the above-captioned matter(s), the Court orders that such affidavit be, and the same hereby is, SEALED pending further order of the Court.

IT IS SO ORDERED.

DATED: 10/13/06

_____
KIMBERLY MUELLER
UNITED STATES MAGISTRATE JUDGE